

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Velazquez, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>V.<br><br>Tek- Collect Incorporated, dba Tekcollect, Inc.; Does 1 through 10, inclusive,<br><br>**Defendant.** | Civil Action No.  19-cv-2059-JLS-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to Rule 68, Judgment is entered in favor of Plaintiff Maria Velazquez and against Defendant TekCollect, Inc. ("TekCollect") in the sum of $2,500.00, and an additional amount for Plaintiff's reasonable costs and reasonable attorney fees in connection with her claims against Defendant in the above-referenced action are to be added to the judgment; said fees and costs are to be in an amount as agreed to between counsel for the parties or, if they are unable to agree, as determined by the Court upon motion.

**Date:**   11/4/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy