UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VELAZQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEK-COLLECT INCORPORATED, d/b/a TEKCOLLECT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 19-CV-2059 JLS (MDD)<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE DEADLINE ON PLAINTIFF'S FILING FOR MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>(ECF No. 27) |

    Presently before the Court is the Parties' Notice of Conditional Settlement and Joint Stipulation to Vacate Deadline on Plaintiff's Filing for Motion for Attorney's Fees and Costs ("Joint Stip.," ECF No. 27). On November 2, 2020, Plaintiff Maria Velazquez filed a Notice of Acceptance of Offer of Judgment. *See* ECF No. 25. On November 4, 2020, in accordance with Federal Rule of Civil Procedure 68, the Clerk of Court entered Judgment in this matter. *See* ECF No. 26. Accordingly, good cause appearing, the Court **GRANTS**

/ / /

/ / /

/ / /

/ / /

1

the Parties' Joint Stipulation.  The Court **VACATES** all deadlines in this matter, including the deadline for Plaintiff to file her motion for attorney's fees and costs.

     **IT IS SO ORDERED.**

Dated:  November 16, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge